**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JULIAN CASTRO GONZALEZ and FERNANDO SERVIN,** ***Plaintiffs,*** | § | |
| **v.** | § | **MO:24-CV-00192-DC** |
| **BADGER ROOFING & REPAIRS, LLC; IRINEO A. MONRIAL; and CESAR GONZALEZ VASQUEZ,** ***Defendants.*** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] concerning Plaintiffs Julian Castro Gonzalez and Fernando Servin's Motion for Default Judgment Against Defendants Badger Roofing & Repairs, LLC, Irineo A. Monrial, and Cesar Gonzalez Vasquez.[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in so doing, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] No objections having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the Report and Recommendation[4] of the United

---

[1] Doc. 35.
[2] Doc. 31.
[3] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[4] Doc. 35.

States Magistrate Judge *in toto*. Accordingly, it is **ORDERED** that Plaintiffs Julian Castro Gonzalez and Fernando Servin's Motion for Default Judgment Against Defendants Badger Roofing & Repairs, LLC, Irineo A. Monrial, and Cesar Gonzalez Vasquez[5] is hereby **GRANTED**.

A separate Final Judgment will follow.

It is so **ORDERED**.

SIGNED this 22nd day of November, 2026.



DAVID COUNTS
UNITED STATES DISTRICT JUDGE

5 Doc. 31.